■ JOSEPH M. COLETTO, Respondent, v BIMCO INDUSTRIES, INC., Appellant.—In an action to recover the premiums due on certain insurance policies, defendant appeals from an order of the Supreme Court, Suffolk County, dated August 20, 1975, which denied its motions to vacate and set aside (1) a default judgment entered against it on June 9, 1975 and (2) certain restraining notices. Order reversed, without costs or disbursements, and motions granted, with the judgment to stand as security, upon the condition that defendant pay $350 to plaintiff's attorney within 20 days after entry of the order to be made hereon; in the event that such condition is not complied with, then order affirmed, with $50 costs and disbursements. The denial of defendant's motions constituted an improvident exercise of discretion. Latham, Acting P. J., Margett, Titone and Mollen, JJ., concur.

■ COUNTY FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant, v JOAQUIM LACOMBRA, Also Known as JOAQUIM LAGOMBRA, Also Known as JOAQUIM LAGOBRA, et al., Respondents.—In an action on a promissory note, plaintiff appeals (by permission) from an order of the Appellate Term of the Supreme Court, for the Second and Eleventh Judicial Districts, dated April 22, 1976, which affirmed an order of the Civil Court of the City of New York, Kings County, entered November 14, 1975, which denied its motion for summary judgment. Order affirmed, without costs or disbursements. In our view triable issues of fact exist concerning plaintiff's status as a holder in due course. Accordingly, plaintiff is not entitled to summary judgment. Cohalan, Acting P. J., Margett, Damiani, Rabin and Titone, JJ., concur.